# Court of Appeals
# of the State of Georgia

ATLANTA, April 15, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0161. NICOLE HENDERSON v. FAITH MIDDLEBROOKS et al.

In this civil action, defendant Nicole Henderson has filed an application for interlocutory review of the superior court's order granting default judgment as to liability to the plaintiffs and denying her opening of default. However, because the order granted injunctive relief to the plaintiffs, it is subject to direct appeal under OCGA § 5-6-34 (a) (4). In addition, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal. See OCGA § 5-6-34 (d).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this application is hereby GRANTED.

Henderson shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If Henderson already has filed a notice of appeal in the trial court, then she need not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___04/15/2024_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.